**Motions Granted and Order filed September 29, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00593-CR
_____

## ALEX VILLALOBOS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from County Criminal Court at Law No. 6
Harris County, Texas
Trial Court Cause No. 2018160**

## ORDER

On September 15, 2016, appellant filed a motion seeking access to the sealed volume 2 of the clerk's record. The motion is **GRANTED**.

The record will remain sealed. All parties are granted access to the sealed volume 2 of the clerk's record so that they may review, check out, copy, and otherwise have access to the sealed contents to prepare their briefs. Attorneys or their representatives for the parties in this appeal may check out the sealed record.

Appellant also filed a motion for a 30-day extension of time to file his brief pending our ruling on the motion for access to the sealed record. The motion is **GRANTED**. Appellant's brief is due by **October 31, 2016**.

PER CURIAM